164 A.3d 1055

IN THE MATTER OF GREGG D. TRAUTMANN, AN ATTORNEY
AT LAW (ATTORNEY NO. 015061993)

July 13, 2017

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 17–088 of **GREGG D. TRAUTMANN** of **DENVILLE,** who was admitted to the bar of this State in 1993;

And the District XA Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.5(b)(failure to provide the basis or rate of fee in writing to the client), *RPC* 1.7(a)(concurrent conflict of interest), *RPC* 1.7(b)(prohibiting a lawyer form representing a client if the representation involves a conflict of interest), *RPC* 1.8(a)(entering into a prohibited business transaction with a client), *RPC* 1.8(c)(a lawyer shall not solicit any substantial gift from a client, including a testamentary gift, or prepare on behalf of a client an instrument giving the lawyer or a person related to the lawyer any substantial gift unless the lawyer or other recipient of the gift is related to the client), *RPC* 8.4(a)(knowingly violating or attempting to violate the *RPCs*), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And the parties having agreed that respondent's conduct violated *RPC* 1.5(b), *RPC* 1.7(a), *RPC* 1.7(b), *RPC* 1.8(a), *RPC* 1.8(c), *RPC* 8.4(a), and *RPC* 8.4(c), and that said conduct warrants a six-month suspension from practice or such lesser discipline as the Board shall deem warranted;

And the Disciplinary Review Board having determined to dismiss the stipulated violations of *RPC* 1.7(b) and *RPC* 1.8(c);

And the Disciplinary Review Board having further determined that a six-month suspension from practice is the appropriate discipline for respondent's unethical conduct and having granted

the motion for discipline by consent in District Docket No. XA–2016–0012E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **GREGG D. TRAUTMANN** of **DENVILLE** is hereby suspended from the practice of law for a period of six months, effective August 14, 2017, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(d); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.